FILED

SEP 28 2023

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2:23-cr-117 |
| | ) | |
| v. | ) | 21 U.S.C. § 843(b) and (d) |
| | ) | Using a Communication Facility |
| PAUL JEROME BATTLE, III, | ) | (Counts 1-2) |
| (Counts 1-2) | ) | |
| | ) | 21 U.S.C. § 853 |
| Defendant | ) | Criminal Forfeiture |
| | ) | |

CRIMINAL INFORMATION

THE UNITED STATES CHARGES THAT:

COUNT ONE

On or about February 20, 2020, in Portsmouth, in the Eastern District of Virginia, the defendant, PAUL JEROME BATTLE, III, did knowingly and intentionally use a communication facility in committing, in causing, and in facilitating the commission of any act or acts constituting a felony under any provision of subchapter I of Title 21 of the United States Code.

(In violation of Title 21, United States Code, Sections 843(b) and (d).)

COUNT TWO

On or about April 14, 2020, in Portsmouth, in the Eastern District of Virginia, the defendant, PAUL JEROME BATTLE, III, did knowingly and intentionally use a communication facility in committing, in causing, and in facilitating the commission of any act or acts constituting a felony under any provision of subchapter I of Title 21 of the United States Code.

(In violation of Title 21, United States Code, Sections 843(b) and (d).)

## CRIMINAL FORFEITURE

The defendant, if convicted of the violation alleged in this Information, shall forfeit to the United States, as part of the sentencing under Federal Rule of Criminal Procedure 32.2, any firearm or ammunition used in or involved in the violation. The defendant, if convicted of any of the violations alleged in this Information, shall forfeit to the United States, as part of the sentencing under Federal Rule of Criminal Procedure 32.2, any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of the violation; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation.

If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with Title 18, United States Code, Sections 924(d); Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461(c).)

*United States v. Paul Jerome Battle, III.,*
Criminal No. 2:23-cr-117

>By: _____
>Jessica D. Aber
>United States Attorney
>
>Kevin M. Comstock
>Assistant United States Attorney
>VSB # 39460
>United States Attorney's Office
>101 West Main Street, Suite 8000
>Norfolk, Virginia 23510
>Office Number - 757-441-6331
>Facsimile Number - 757-441-6689
>kevin.comstock@usdoj.gov

3