IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**UNITED STATES OF AMERICA,**

v.  Criminal No.: 2:23-cr-117

**PAUL JERONE BATTLE, III,**

       Defendant,

## NOTICE OF APPEARANCE

This Notice is to advise the Court that James O. Broccoletti, Esquire, will serve as counsel for the Defendant in the above-styled matter.

Respectfully submitted,

PAUL JERONE BATTLE, III

By Counsel

_____/s/_____
James O. Broccoletti, Esquire
VSB# 17869
ZOBY & BROCCOLETTI, P.C.
6663 Stoney Point South
Norfolk, VA 23502
(757) 466-0750
(757) 466-5026
james@zobybroccoletti.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 3rd day of October, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Kevin Comstock
United States Attorney
Eastern District of Virginia
101 West Main Street, Suite 8000
Norfolk, VA 23510
757-284-1806
kevin.comstock@usdoj.gov


                /s/
James O. Broccoletti, Esquire
VSB# 17869
ZOBY & BROCCOLETTI, P.C.
6663 Stoney Point South
Norfolk, VA 23502
(757) 466-0750
(757) 466-5026
james@zobybroccoletti.com